AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| White, Gregory A. | Northern District of Ohio | 5/1/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - full-time | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

801 West Superior Avenue
Chambers 11B
Cleveland, Ohio 44113

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Executive Board | Federal Bar Association-NDOH |
| 2. | Member - Executive Board | Partnership for Safer Cleveland |
| 3. | Member - Executive Board | Catawba Shores Condo Association |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1979 | Ohio Public Employees Retirement System, Defined Benefit Plan. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Gregory A. | 5/1/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Ohio Public Employees Retirement System | $87,265.06 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | The University of Akron - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Gregory A. | 5/1/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. EDS Electronic Data Systems, Retirement System, No Control. | D | Distribution | M | W | | | | | |
| 2. 1/21st Int. - Condo Rental, Port Clinton, OH | A | Rent | J | R | | | | | |
| 3. First Place Bank - Now Talmer Bank | A | Interest | K | T | | | | | |
| 4. Biocryst Pharmaceutical Inc. | | None | J | T | | | | | |
| 5. Hemispherx Biopharma Inc. | | None | | | Sold | 11/12/14 | J | A | |
| 6. United States Natural Gas Fund LP | | None | | | Sold | 11/12/14 | J | A | |
| 7. UBS Resource Management Account: UBS Bank USA - PACE | B | Dividend | L | T | | | | | |
| 8. - PACE Money Market Investment Fund Class P Cash Equiv | | | | | | | | | |
| 9. - AMG Yacktman Fund | | | | | Buy | 02/21/14 | J | | |
| 10. - Diamond Hill Small Cap | | | | | Buy | 02/21/14 | J | | |
| 11. - Fidelity Advisor New Insights Fund Class I | | | | | Buy | 02/21/14 | J | | |
| 12. - Invesco Equally-Weighted S&P 500 Fund Class Y | | | | | Buy | 02/21/14 | J | | |
| 13. - JP Morgan Equity Income Fund Select | | | | | Buy | 02/21/14 | J | | |
| 14. - MFS International Diversification Fund Class I | | | | | Buy | 02/21/14 | J | | |
| 15. - Oak Ridge Small Cap Growth Fund Class Y | | | | | Buy | 02/21/14 | J | | |
| 16. - Principal Midcap Fund Class P | | | | | Buy | 02/21/14 | J | | |
| 17. - Double Line Total Return Fund | | | | | Buy | 02/21/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Gregory A. | 5/1/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Loomis Sayles Investment Grade Bond Class Y | | | | | Buy | 02/21/14 | J | | |
| 19. - Prudential Short-Term Corporate Bond Fund | | | | | Buy | 02/21/14 | J | | |
| 20. - Blackrock Global Long/Short Credit Fund | | | | | Buy | 02/21/14 | J | | |
| 21. - Gabelli ABC Advisor Fund | | | | | Buy | 02/21/14 | J | | |
| 22. - Mainstay Marketfield Fund Class 1 | | | | | Buy | 02/21/14 | J | | |
| 23. - FT Templeton Global Bond A | | | | | Sold (part) | 02/21/14 | J | A | |
| 24. - Pimco Total Return Fund Class A | | | | | Sold (part) | 02/21/14 | J | A | |
| 25. - American Century Inflation Adjusted Fund | | | | | Sold | 02/21/14 | J | A | |
| 26. - American Century Diversified Fund | | | | | Sold | 02/21/14 | J | A | |
| 27. - Morgan Short Duration Fund | | | | | Sold | 02/21/14 | J | A | |
| 28. - Calvern Short Duration Income Fund Class A | | | | | Sold | 02/21/14 | J | A | |
| 29. - Federated Prudent Bear Fund Class A | | | | | Sold | 02/21/14 | J | A | |
| 30. - TCW Total Return Bond Fund | | | | | Sold | 02/21/14 | J | A | |
| 31. - Pimco Unconstrained Bond Fund Class A | | | | | Sold | 02/21/14 | J | A | |
| 32. - Legg Mason BW Global Opportunities Bond Fund Class A | | | | | Sold | 02/21/14 | J | A | |
| 33. - Loomis Sayles Strategic Alpha Fund CL A | | | | | Sold | 02/21/14 | J | A | |
| 34. - Rivernorth/Doubleline Strategic Income Fund | | | | | Sold | 02/21/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Gregory A. | 5/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Hatteras Long/Short Debt Fund A | | | | | Sold | 02/21/14 | J | A | |
| 36. - Western Asset Total Return Unconstrained Portfolio Class F | | | | | Sold | 02/21/14 | J | A | |
| 37. - Guggenheim Multi-Hedge Strategies Fund A | | | | | Sold | 02/21/14 | J | A | |
| 38. - American Funds Capital World Bond Fund Class F | | | | | Sold | 02/21/14 | J | A | |
| 39. - Eaton Vance Diversified Income Fund Class A | | | | | Sold | 02/21/14 | J | A | |
| 40. UBS Financial Services IRA - PACE Portfolio | E | Dividend | N | T | | | | | |
| 41. - UBS PACE Money Market Investment Fund Class P Cash Equiv. | | | | | | | | | |
| 42. - AMG Yacktman Fund | | | | | Buy | 02/21/14 | K | | |
| 43. - Diamond Hill Small Cap | | | | | Buy | 02/21/14 | J | | |
| 44. - Fidelity Advisor New Insights Fund Class I | | | | | Buy | 02/21/14 | K | | |
| 45. - Invesco Equally-Weighted S&P 500 Fund Class Y | | | | | Buy | 02/21/14 | K | | |
| 46. - JP Morgan Equity Income Fund Select | | | | | Buy | 02/21/14 | K | | |
| 47. - MFS International Diversification Fund Class I | | | | | Buy | 02/21/14 | J | | |
| 48. - Oak Ridge Small Cap Growth Fund Class Y | | | | | Buy | 02/21/14 | J | | |
| 49. - Principal Midcap Fund Class P | | | | | Buy | 02/21/14 | K | | |
| 50. - Double Line Total Return fund | | | | | Buy | 02/21/14 | K | | |
| 51. - Loomis Sayles Investment Grade Bond Class Y | | | | | Buy | 02/21/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Gregory A. | 5/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Prudential Short-Term Corporate Bond Fund | | | | | Buy | 02/21/14 | K | | |
| 53. - Blackrock Global Long/Short Credit Fund | | | | | Buy | 02/21/14 | J | | |
| 54. - Gabelli ABC Advisor Fund | | | | | Buy | 02/21/14 | J | | |
| 55. - Gateway Fund Class Y | | | | | Buy | 02/21/14 | J | | |
| 56. - Mainstay Marketfield Fund Class I | | | | | Buy | 02/21/14 | J | | |
| 57. - Permanent Portfolio Fund INC | | | | | Buy | 02/21/14 | J | | |
| 58. - FT Templeton Global Bond A | | | | | Buy (add'l) | 02/21/14 | J | | |
| 59. - Pimco Total Return Fund Class A | | | | | Sold (part) | 02/21/14 | J | A | |
| 60. - American Century Inflation Adjusted Fund | | | | | Sold | 02/21/14 | K | A | |
| 61. - American Century Diversified Fund | | | | | Sold | 02/21/14 | K | A | |
| 62. - JP Morgan Short Duration Fund | | | | | Sold | 02/21/14 | K | A | |
| 63. - Calvert Short Duration Income Fund Class A | | | | | Sold | 02/21/14 | K | A | |
| 64. - Pimco Unconstrained Bond Fund Class A | | | | | Sold | 02/21/14 | K | A | |
| 65. - Federated Prudent Bear Fund Class A | | | | | Sold | 02/21/14 | K | A | |
| 66. - Legg Mason BW Global Opportunities Bond Fund Class A | | | | | Sold | 02/21/14 | K | A | |
| 67. - Loomis Sayles Strategic Alpha Fund CL A | | | | | Sold | 02/21/14 | K | A | |
| 68. - Rivernorth/Doubleline Strategic Income Fund | | | | | Sold | 02/21/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Gregory A. | 5/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Hatteras Long/Short Debt Fund A | | | | | Sold | 02/21/14 | K | A | |
| 70. - Western Asset Total Return Unconstrained Portfolio Class F | | | | | Sold | 02/21/14 | K | A | |
| 71. - Guggenheim Multi-Hedge Strategies Fund A | | | | | Sold | 02/21/14 | J | A | |
| 72. - TWC Total Return Bond Fund | | | | | Sold | 02/21/14 | K | A | |
| 73. - American Funds Capital World Bond Fund | | | | | Sold | 02/21/14 | K | A | |
| 74. - Eaton Vance Divirsified Currency Income Fund Class A | | | | | Sold | 02/21/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Gregory A. | 5/1/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts, page 4, line 2 - purchased 12/27/96...purchase price $109,500

| Name of Person Reporting | Date of Report |
|---|---|
| White, Gregory A. | 5/1/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory A. White**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544